# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0420–3 | User: brooks | Date Created: 4/7/2011 |
| Case: 10–07110–dd | Form ID: pdf01 | Total: 53 |

**Recipients of Notice of Electronic Filing:**
```
ust    US Trustee's Office        USTPRegion04.CO.ECF@usdoj.gov
tr     Joy S. Goodwin             ecf@ch13trustee.net
aty    Gilbert B. Weisman         notices@becket-lee.com
aty    Jane S. Ruschky            jane@mossattorneys.com
```
                                                                                      TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
```
db              James Douglas Loper         PO Box 6576        North Augusta, SC 29861
cr              MAX FLOW CORP               POB 2434           Carol Stream, IL 60132–2434
541553359       ADA MARIE YARBOROUGH        3331 RICHLAND AVENUE WEST    Aiken SC 29801
541553360       AIKEN COUNTY                828 RICHLAND AVE   Aiken SC 29801
541553361       AIKEN COUNTY FAMILY COURT   109 PARK AVE SW    Aiken SC 29801
541553362       AIKEN EMERGENCY PHYSICIANS  213 EDGEFIELD AVENUE NW      Aiken SC 29801
541553364       ANESTHESIOLOGY OF COLUMBIA  PO BOX 60314       Charlotte NC 28260
541553365       ASSET CARE INC              PO BOX 15379       Wilmington DE 19850
541553366       ATTORNEY GENERAL OF UNITED STATES    950 PENNSYLVANIA AVE, NW    Washington DC
                20530–0001
541553367       AUGUSTA COLLECTION AGENCY   2600 WRIGHTSBORO ROAD        Augusta GA 30904
541562334       American Infosource Lp As Agent for   T Mobile/T–Mobile USA Inc   PO Box 248848   Oklahoma
                City, OK 73124–8848
541553368       BROWN &RADIOLOGY            PO BOX 3845        Augusta GA 30914
541553369       CCS INC          PO BOX 61295              Savannah GA 31420
541553370       CONTRACT CALLERS            PO BOX 212609      1058 CLAUSSEN RD    STE 110   Augusta GA
                30917
541553371       DOCTORS &MERCHANTS CREDIT BUREAU     PO BOX 1588        Augusta GA 30913–2199
541553372       DOUGLAS LOPER               259 CHEVES CREEK DRIVE       North Augusta SC 29860
541553374       EDGEFIELD COUNTY            CLERK OF COURT     Edgefield SC 29824
541553375       FINKEL LAW FIRM LLC         PO BOX 225         Charleston SC 29402
541553377       HITCHCOCK REHABILITATION CENTER      692 MEDICAL PARKWAY DRIVE    Aiken SC
                29801
541553378       IRS         PO BOX 21126        Philadelphia PA 19114–0326
541553380       JEFFERSON CAPITAL SYSTEMS   PO BOX 7999        Saint Cloud MN 56302–9617
541566564       Jefferson Capital Systems LLC     PO BOX 7999       SAINT CLOUD MN 56302–9617
541553381       LABORATORY MEDICINE         PO BOX 3429        Augusta GA 30913
541553382       MARK B TINSLEY, ESQ         PO BOX 1000        Allendale SC 29810
541640072       MAX FLOW CORP               POB 2434           Carol Stream IL 60132–2434
541562507       MAX FLOW CORP assignee of First Union National       Bank       POB 2434    Carol Stream IL
                60132–2434
541562506       MAX RECOVERY INC SUCCESSOR to Sears Roebuck &Co      POB 10228          Newark NJ
                07193–0228
541553383       MCB         955 GREENE STREET           Augusta GA 30901
541553384       MEDICINE PREM COLLECTION    PO BOX 790355      Saint Louis MO 63179
541553385       MELVIN HAAS DR.             210 UNIVERSITY PARKWAY       Aiken SC 29801
541553386       MOSS &ASSOCIATES, ATTORNEYS, P.A.    816 ELMWOOD AVENUE           Columbia SC 29201
541553387       PREMIER BANKCARD/CHARTER    PO BOX 2208        Vacaville CA 95696
541553389       RECOVERY MANAGEMENT SYSTEMS          FOR YESSG 3 LLC    25 SE 2ND AVE    SUITE
                1120       Miami FL 33131
541553390       ROBERT GORDON               PO BOX 212609      Augusta GA 30917
541553391       SAINT JOSEPH HOSPITAL       PO BOX 930582      Atlanta GA 31193
541553392       SC DEPT OF REVENUE          JOE S. DUSENBURY, JR         PO BOX 12265    Columbia SC 29211
541553393       SC ELECTRIC GAS             1426 MAIN STREET   Columbia SC 29201
541553395       SMART975/BANK OF NEW YORK   c/o NCO FINANCIAL SYSTEMS    1804 WASHINGTON
                BLVD       DEPT500           Baltimore MD 21230
541553396       STEPHENSON CHIROPRATIC      1250 MERRY STREET            Augusta GA 30904
541679183       South Carolina Electric &Gas Co. ("SCE)    220 Operation Way, MC 222    Cayce, SC 29033
541553399       TRINITY HOSPITAL OF AUGUSTA          C/O MICHAEL I MOSSMAN        ATTY AT LAW    PO BOX
                330129     Nashville TN 37203–7501
541553400       UNIVERSAL DATA SERVICES     PO BOX 148         Saint Joseph MO 64502
541553401       UNIVERSITY HOSPITAL         PO BOX 16881       Durham NC 27704
541553402       US ATTORNEY'S OFFICE        ATTN DOUG BARNETT  1441 MAIN ST STE 500     Columbia SC
                29201
541553403       VAN RU CREDIT CORP          10024 SKOKIE BLVD  Skokie IL 60077–1025
541553404       WACHOVIA        PO BOX 3117             Winston Salem NC 27102
541553405       WACHOVIA BANK, NA           PO BOX 13765       MAIL CODE VA 7359    Roanoke VA
                24037–3765
541553406       WEST AUGUSTA DENTAL ASSOC.           3553 WHEELER ROAD            Augusta GA 30909
```

541640521    YESSG 3, LLC    c/o Recovery Management Systems Corporat    25 SE 2nd Avenue Suite 1120    Miami FL 33131–1605

TOTAL: 49